UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CLEAN HARBORS ENVIRONMENTAL                    CIVIL ACTION
SERVICES, INC.

VERSUS                                         NUMBER: 10-3224

R&R CONSTRUCTION SERVICES, L.L.C.              SECTION: "F"(5)


O R D E R

The Court, having considered the motion, the record, the
applicable law, the Magistrate Judge's Report and Recommendation,
and the failure of the parties to file any objections to the
Magistrate Judge's Report and Recommendation, hereby approves the
Magistrate Judge's Report and Recommendation and adopts it as its
opinion herein.

Accordingly,

**IT IS ORDERED** that there is judgment herein in favor of
plaintiff, Clean Harbors Environmental Services, Inc., and against
defendant, R & R Construction Services, LLC, in the sum of Three
Thousand Nine Hundred Twenty and 00/100 Dollars, together with
legal interest from August 27, 2010 until paid, and all costs of

this proceeding.

**IT IS FURTHER ORDERED** that the writ of sequestration issued herein is dissolved and that plaintiff, Clean Harbors Environmental Services, Inc., is placed in legal possession of the seized property.

**IT IS FURTHER ORDERED** that the $5,000 security posted by Clean Harbors Environmental Services Inc. in connection with this Court's order of sequestration be returned to plaintiff.

New Orleans, Louisiana, this 9TH day of NOV. _____,
2011.

_____
UNITED STATES DISTRICT JUDGE